# United States District Court

## District of Utah

JUN ZHANG, Individually and On behalf of All Others Similarly Situated,

    Plaintiffs,

v.

LIFEVANTAGE CORPORATION, DARREN JAY JENSEN and MARK R. JAGGI,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-CV-965 TS

IT IS ORDERED AND ADJUDGED

that Plaintiffs' action is dismissed with prejudice.

September 18, 2017

*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge